# Third District Court of Appeal

## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2408
Lower Tribunal No. 16-30888
_____

**Isauro Campani, et al.,**
Appellants,

vs.

**BankUnited, N.A., etc.,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Gastesi Lopez & Mestre PLLC, Jennifer M. Vazquez, and Raul R. Lopez, for appellants.

Bond, Schoeneck & King, PLLC, Joseph C. Savino, and David R. Castellucci, (West Palm Beach), for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed. See Palm Beach Sav. & Loan Ass'n, F.S.A. v. Fishbein, 619 So. 2d 267, 270–71 (Fla. 1993) (finding appellant bank, which issued loan to appellee secured by mortgage on homestead residence, was entitled to equitable lien against said property where appellee fraudulently obtained loan and used it to satisfy preexisting mortgages on homestead property); Randazzo v. Randazzo, 980 So. 2d 1210, 1212–13 (Fla. 3d DCA 2008) (holding appellant's conduct was sufficient to warrant imposition of equitable lien on her homestead property after appellant sold marital residence and used sale proceeds to purchase new homestead property rather than pay proceeds to appellee, in violation of marital settlement agreement); Renda v. Price, 47 Fla. L. Weekly D1589, D1590 (Fla. 4th DCA July 27, 2022) (reversing trial court's finding that appellee could not foreclose on equitable lien on appellant's homestead property where disallowing foreclosure would unjustly enrich appellant).